**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00933-CV
_____

**LEVIATHAN ENTERPRISE GROUP, INC., ET AL, Appellants**

**V.**

**ULYSSES W. WATKINS, JR., Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 44409**

---

## O R D E R

The notice of appeal in this case was filed October 17, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed.  *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 30, 2011.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM